Form 210A (10/06)

# United States Bankruptcy Court
Western District of WA (Tacoma)

In Re: BUBA BOJANG  Case No: 11-44689

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in the evidence and notice.

| | |
|---|---|
| GE Capital Retail Bank | National Capital Management, LLC. |
| --------------------------- | --------------------------- |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Court Claim # (if known): 2
Amount of Claim: $307.36
Date Claim Filed: 6/20/2011

Phone: (305) 379-7674
Last Four Digits of Acct # :1593

Phone: (901) 748-2900
Last Four Digits of Acct # :1593

Name and Address where transferee payments
Should be sent (if different from above)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of knowledge and belief.

By: /s/ Ramesh Singh  Date: July 28, 2012
-----------------------------------
Ramesh Singh
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605
claims@recoverycorp.com
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571